# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CICELY J. TURNER,<br>Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 19-CV-5489 |
| ROBERT NUNEZ,<br>Defendant. | : | |

## ORDER

**AND NOW**, this 26th day of November, 2019, upon consideration of Plaintiff Cicely J. Turner's Motion to Proceed *In Forma Pauperis* (ECF No. 2), and Complaint (ECF No. 1) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons in the Court's Memorandum.

4. Turner may file an amended complaint within thirty (30) days of the date of this Order. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Turner's claims against each defendant. The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim. When drafting her amended complaint, Turner should be mindful of the Court's reasons for dismissing the claims in her initial Complaint as explained in the Court's Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

5. The Clerk of Court is **DIRECTED** to send Turner a blank copy of this Court's current standard form to be used by a self-represented litigant filing a civil action bearing the above-captioned civil action number. Turner may use this form to file her amended complaint if she chooses to do so.

6. If Turner fails to file an amended complaint in accordance with this Order, her case may be dismissed without further notice for failure to prosecute.

BY THE COURT:

_____
**WENDY BEETLESTONE, J.**